

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00665-CV

ARCHER GROUP, LLC AND JOHN CHRISTIAN ARCHER II, Appellants

V.

ANAHUAC MUNICIPAL DEVELOPMENT DISTRICT, Appellee

Appeal from the 344th District Court of Chambers County.  (Tr. Ct. No. 26,572).

**TO THE 344TH DISTRICT COURT OF CHAMBERS COUNTY, GREETINGS:**

Before this Court, on the 4th day of August 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the order signed by the trial court on July 25, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order.  Accordingly, the Court **reverses** the trial court's order and **remands** the case to the trial court for further proceedings.
>
> The Court **orders** that the appellee, Anahuac Municipal Development District, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered August 4, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

